UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary Beth Follett<br>aka Mary B. Follett<br>Debtor | Case No.: 1:21-bk-02258-HWV<br>Chapter: 13 |
| SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust<br>Movant | Judge: Henry W. Van Eck<br>Hearing Date: January 24, 2023 at 9:30am<br>Objection Deadline: January 11, 2023 |
| Mary Beth Follett<br>aka Mary B. Follett<br>Jack N Zaharopoulos (Trustee)<br>Respondents | |

**ORDER**

Upon consideration of SN Servicing Corporation's Motion for Relief from the Automatic Stay (the "Motion"), Doc. 39, and the Answer filed by the Debtor, Doc. 40, and following notice and a hearing, and it appearing that there is no longer any basis for the Court to grant the relief requested in the Motion, and for the reasons stated on the record, it is hereby

ORDERED that the Motion is DENIED.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 25, 2023